IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of:<br>**NORMA MORALES PASTRANA**<br>Debtor | Case No. 11-03377 - SEK<br><br>Chapter 13 |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW creditor, BANCO BILBAO VIZCAYA ARGENTARIA (BBVA), formerly known as BANCO BILBAO VIZCAYA (BBV), represented by the undersigned attorney and, very respectfully states and prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceeding through the undersigned counsel at the address of record: **BANCO BILBAO VIZCAYA ARGENTARIA, Special Recoveries Center, Bankruptcy Division, PO BOX 364745 SAN JUAN, PUERTO RICO 00936-4745.**

WHEREFORE, it is respectfully requested from this Honorable Court that an order be entered including creditor herein in the Master Address List, as to permit future notices be addressed to BANCO BILBAO VIZCAYA ARGENTARIA through the undersigned counsel at the address of record.

In San Juan, Puerto Rico, this 21st day of April 2011.

I HEREBY CERTIFY that this Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system which will send notifications of such filings to all appearing parties in the above captioned bankruptcy proceeding.

s/ FRANCISCO J. PORTUONDO DIAZ, ESQ.
**FRANCISCO J. PORTUONDO DIAZ, ESQ.**
U.S.D.C. 219113
Attorney for **BANCO BILBAO VIZCAYA ARGENTARIA**
SPECIAL RECOVERIES CENTER
BANKRUPTCY DIVISION
PO BOX 364745
SAN JUAN, PR 00936-4745
TEL (787) 777-2666
FAX. (787) 777-2644