```
                             United States Bankruptcy Court
                                 District of Puerto Rico
In re:                                                              Case No. 11-03377-SEK
NORMA MORALES PASTRANA                                              Chapter 13
      Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0104-3      User: romoj          Page 1 of 1           Date Rcvd: Apr 25, 2011
                          Form ID: pdf001      Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2011.

```
db           +NORMA MORALES PASTRANA,   BO FACTOR I,   3 CALLE 16,   ARECIBO, PR 00612-5201
smg           DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg           PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
               SAN JUAN, PR 00918
3207530       ADM SISTEMA DE RETIRO,   PO BOX 42003,   SAN JUAN, PR 00940-2203
3207531       AEELA,   PO BOX 4508,   SAN JUAN, PR 00936-4508
3207532       AMERICAN EXPRESS,   PO BOX 981535,   EL PASO, TX 79998-1535
3207534      +CANDEL COOP,   PO BOX 3249,   MANATI, PR 00674-3249
3207535      +CITIFINANCIAL,   PO BOX 71587,   SAN JUAN, PR 00936-8687
3207536       FIA CARD SERVICES,   PO BOX 15019,   WILMINGTON, DE 19886-5019
3207537      +FIRST BANK,   PO BOX 13817,   SAN JUAN, PR 00908-3800
3207539       RG PREMIER PREMIER BANK,   PO BOX 2510,   GUAYNABO, PR 00970-2510
3207541       SCOTIABANK DE PR,   PO BOX 362649,   SAN JUAN, PR 00936-2649
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 25 2011 19:09:49     US TRUSTEE,   EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
3207533       E-mail/Text: carmene.rodriguez@bbvapr.com Apr 25 2011 19:08:46     BANCO BILBAO VIZCAYA,
               PO BOX 364745,   SAN JUAN, PR 00936-4745
3207538       E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2011 18:53:41     JC PENNEY,   GE MONEY BANK,
               PO BOX 960061,   ORLANDO, FL 32896-0061
3207540      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2011 18:53:41     SAMS CLUB,   BANKRUPTCY DEPT,
               PO BOX 103104,   ROSWELL, GA 30076-9104
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                **Signature:**    *Joseph Speetjens*

# United States Bankruptcy Court
# District of Puerto Rico

**IN RE:** | Case No. _____
---|---
**MORALES PASTRANA, NORMA** | Chapter **13**
Debtor(s) |

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/21/2011** ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **275.00** x **60** = $ **16,500.00**
$_____ x_____ = $_____
$_____ x_____ = $_____
$_____ x_____ = $_____
$_____ x_____ = $_____

TOTAL: $ **16,500.00**

Additional Payments:
$ **5,000.00** to be paid as a LUMP SUM within **56 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**SEE " OTHER PROVISION BOX"**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $ **21,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ NORMA MORALES PASTRANA**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**FIRST BANK**
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Hatillo Law Office**     **S/JAIME RODRÍGUEZ-PÉREZ**     Phone: **(787) 262-4848**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **MORALES PASTRANA, NORMA** _____ Case No. _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

**LV:$0**
**PRIORITIES:$0**

1) DEBTOR SURRENDER ANY INTEREST IN FAVOR OF AEELA, CANDELCOOP AND FIRSTBANK (SAVINGS, SHARES, DIVIDENDS AND CREDIT LINE).

2) TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

3) DEBTOR WILL PROVIDE ANNUAL LUMPSUM PAYMENT FOR THE AMOUNT OF $1,000.00. SOURCE: CHRISTMAS BONUS. DEBTOR WILL PROVIDE THIS PAYMENT EVERY DECEMBER BEGINNING ON DECEMBER 2011 AND ENDING DECEMBER 2015 FOR A TOTAL OF $5,000.00.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only